WILLIAM S. GALL, JR., et al., Plaintiffs, v TOWN OF NEW HARTFORD, Respondent, and NEW HARTFORD CENTRAL SCHOOL DISTRICT, Appellant, et al., Defendant. (Appeal No. 1.)—Judgment unanimously affirmed with costs for reasons stated at Supreme Court, Oneida County, Grow, J. (Appeal from judg-

ment of Supreme Court, Oneida County, Grow, J.—indemnification.) Present—Dillon, P. J., Green, Lawton, Davis and Lowery, JJ.